

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00091-CR

———————————————

EX PARTE RAJAT KUMAR

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1908320

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

On March 19, 2026, we notified Appellant of our concern that we lacked jurisdiction over this appeal because the trial court had not signed any written order on his application for habeas relief. *See State v. Wachtendorf*, 475 S.W.3d 895, 904 (Tex. Crim. App. 2015); *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex. App.—Fort Worth Dec. 5, 1996, no pet.); *see also Ex parte Salim*, Nos. 02-19-00009-CR, 02-19-00010-CR, 2019 WL 490516, at *1 (Tex. App.—Fort Worth Feb. 7, 2019, no pet.) (mem. op., not designated for publication). We notified him that unless he or another party filed a response showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction.

In response, Appellant submitted a certificate of proceedings from the trial court. However, "this court has previously rejected urgings to treat certificates of proceedings as appealable orders." *Shields v. State*, Nos. 02-21-00022-CR, 02-21-00023-CR, 02-21-00024-CR, 02-21-00025-CR, 02-21-00026-CR, 02-21-00027-CR, 02-21-00043-CR, 2021 WL 2460858, at *1 (Tex. App.—Fort Worth June 17, 2021, no pet.) (mem. op., not designated for publication) (citing cases). We notified Appellant that we remained concerned that this court lacked jurisdiction over his appeal, and we cautioned him that we could dismiss the appeal unless he or another party filed a response by April 17, 2026, showing grounds to continue the appeal. We have not received a response.

Because Appellant has not filed a response showing that the trial court has signed an appealable written order or otherwise showing grounds for continuing the appeal, we dismiss this appeal for lack of jurisdiction. *See Shields*, 2021 WL 2460858, at *1; *Wiley*, 949 S.W.2d at 4.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 4, 2026